# Order

Michigan Supreme Court
Lansing, Michigan

August 22, 2013

145631-2(112)(117)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

ANTHONY HENRY and KEITH WHITE,
      Plaintiffs-Appellees,

v

LABORERS LOCAL 1191, d/b/a ROAD
CONSTRUCTION LABORERS OF
MICHIGAN LOCAL 1191 and MICHAEL
AARON,
      Defendants-Appellants,
and

BRUCE RUEDISUELI,
      Defendant.

SC: 145631
COA: 302373
Wayne CC: 10-000384-CD

_____

MICHAEL RAMSEY and GLENN DOWDY,
      Plaintiffs-Appellees,

v

LABORERS LOCAL 1191, d/b/a ROAD
CONSTRUCTION LABORERS OF
MICHIGAN LOCAL 1191 and MICHAEL
AARON,
      Defendants-Appellants,
and

BRUCE RUEDISUELI,
      Defendant.

SC: 145632
COA: 302710
Wayne CC: 10-004708-CD

_____

On order of the Chief Justice, the motions by defendants-appellants to extend the time for filing their reply briefs are GRANTED. The briefs received on August 2, 2013, are accepted for filing. On further order, the motions by defendants-appellants for leave to enlarge the record are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 22, 2013



Clerk